IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                                                                    ORDER
                              Plaintiff,
                                                              22-cr-112-wmc
              v.

KASSIDY GARRETT, TYLER SEATON
and ISAIAH PHILLIPS,

                              Defendants.

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 3rd day of October, 2022.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

1